Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Raquel Lazo
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Raquel_Lazo@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Kevin Roc,<br><br>        Defendant. | Case No. 2:19-CR-294-RFB-VCF<br><br>**Stipulation for Return of Passport** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Kevin Roc, that Pretrial Services be ordered to return Mr. Roc's passport to him.

    This Stipulation is entered into for the following reasons:

1. On July 6, 2020, after having satisfied the terms of his Diversion Agreement (ECF No. 14), this Court dismissed the Criminal Information against Mr. Roc and ordered the case closed. ECF No. 18.

2. Given that the case has been closed and Mr. Roc's pretrial supervision has been exonerated, Mr. Roc requests that his passport be returned to him. Pursuant to the conditions of his pretrial release bond (ECF No. 9), Mr. Roc previously surrendered his passport to his Pretrial Services supervising officer, Samira Barlow.

3. Neither the government nor Pretrial Services opposes this request.

DATED: April 8, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Christopher Chiou<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>Raquel Lazo<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>Rachel Kent<br>Special Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:19-CR-294-RFB-VCF |
| Plaintiff, | **Order Granting First Stipulation for Return of Passport** |
| v. | |
| Kevin Roc, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to return Mr. Roc's passport.

IT IS THEREFORE ORDERED that Pretrial Services shall return Mr. Roc's passport to him.

DATED: April __9__, 2021.

_____
Richard F. Boulware, II
United States District Judge